■■■ In the Matter of Thomas S., an Infant, Appellant. Erie County Probation Department, Respondent. [761 NYS2d 926] —Appeal from an order of Family Court, Erie County (Dillon, J.), entered September 9, 2002, which placed respondent in the custody of Erie County Department of Social Services for placement at the Gustavus Adolphus Children's Home for a period of one year.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs.

Memorandum: Family Court did not abuse its discretion in placing respondent, a chronic truant, at the Gustavus Adolphus Children's Home for a period of one year. Respondent was adjudicated a person in need of supervision and was placed on probation with the conditions that he attend school regularly, appear for all scheduled meetings with his probation officer, and attend counseling on a regular basis. It is undisputed that respondent failed to comply with any of those conditions, and thus the court properly placed respondent with an authorized agency pursuant to Family Ct Act § 756. Present— Hurlbutt, J.P., Scudder, Kehoe, Burns and Gorski, JJ.

■■■ Amy L. Collins, Appellant, v Bruce Collins, Respondent. [761 NYS2d 926] —Appeal from a judgment of Supreme Court, Monroe County (Lunn, J.), entered December 11, 2001, which, inter alia, dismissed the action and awarded sole custody of the parties' child to defendant.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court, Monroe County, Lunn, J. Present—Hurlbutt, J.P., Scudder, Kehoe, Burns and Gorski, JJ.

■■■ Niagara Frontier Transportation Authority, Respondent, v Euro-United Corporation et al., Appellants, et al., Defendants. [763 NYS2d 786] —Motion for reargument granted and, upon reargument, the caption and the ordering paragraph of the memorandum and order entered March 21, 2003 (303 AD2d 920) are amended by deleting "KPMG INC." in any capacity other than as interim receiver for Euro-United Corporation. Present—Pigott, Jr., P.J., Pine, Wisner, Kehoe and Gorski, JJ.